SAM DICENZO, as Administrator of the Estate of ALBERT DICENZO, Deceased, Appellant, *v.* NEW YORK SHOVEL & CRANE CORP., Respondent, et al., Defendant.

Argued February 25, 1955; decided March 11, 1955.

*Arthur Karger, Milton Boxer* and *Harry H. Lipsig* for appellant.

*Samuel Gottesman* and *Harold H. Wolgel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: FULD, J.